AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF   NEVADA

MAIGA HRALIMA,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER: **3:10-CV-00230-RCJ-RAM**

PRISON HEALTH SERVICES, et al.,

      Defendants.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the complaint is **DISMISSED WITH PREJUDICE**.

  08/11/2010                                            **LANCE S. WILSON**
                                                                      Clerk

                                                                  /s/ P. McDonald
                                                                   Deputy Clerk