UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MAIGA HRALIMA,

    Plaintiff,

vs.

PRISON HEALTH SERVICES, *et al.*,

    Defendants.

3:10-cv-00230-RCJ-WGC

**ORDER**

This closed action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. By order filed August 11, 2010, the Court dismissed the complaint with prejudice. (ECF No. 3). Judgment was entered that same date. (ECF No. 4). Plaintiff filed his notice of appeal on September 2, 2010. (ECF No. 6).

On September 29, 2010, the Clerk of Court received two payments of the $455.00 fee for plaintiff's appeal. (ECF Nos. 10 & 11). On May 18, 2011, plaintiff filed a motion for a "writ of mandamus" in which he requested that this Court refund him the overpayment of fees. (ECF No. 13). Court finance records indicate that on October 18, 2011, this Court's Finance Department issued a refund to plaintiff in the amount of $455.00. Because plaintiff's motion for a refund is now moot, the motion is denied.

**IT IS THEREFORE ORDERED** that plaintiff's motion for a "writ of mandamus" requesting a refund is **DENIED AS MOOT**.

1    **IT IS FURTHER ORDERED** that the Clerk of Court **SHALL FILE AND DOCKET** the
2    finance receipt showing that plaintiff received a refund from this Court in the amount of $455.00.

4    DATED this 19th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE